ROBERT A. OWEN, State Bar No. 123205
KATHY M. GANDARA, State Bar No. 176700
**LAW OFFICES OF ROBERT A. OWEN**
**A Professional Corporation**
268 West Hospitality Lane, Suite 302
San Bernardino, California 92408
(909) 890-9027
kgandara@raolaw.com
Attorneys for Defendants,
CITY OF RIALTO AND STEVEN HEINE
(Exempt from Fees Pursuant to Gov. Code §6103)

E-FILED 01/22/08

ENTER / JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ANTONIO D. ELLIOTT, SR.,** | CASE NO. CV 06-05570 PSG (Ex) |
| Plaintiff, | [PROPOSED] JUDGMENT |
| vs. | |
| **CITY OF RIALTO; STEVEN HEINE; and Does 1 to 10, inclusive,** | |
| Defendants. | |

Defendants' Motion for Summary Judgment, or in the Alternative, Summary Adjudication of Issues pursuant to Fed. R, Civ. P. 5, was submitted to this Court. On January 10, 2008, the Court, Honorable Philip S. Gutierrez presiding, found the matter appropriate for decision without oral argument. Fed. R. Civ. P. 78; Local R. 7-15. The evidence presented was fully considered, the issues having been duly heard and a decision having been duly rendered,

///

///

1     IT IS ORDERED AND ADJUDGED that the plaintiff take nothing, that the
2 action be dismissed on the merits and that defendants, City of Rialto and Steven
3 Heine, recover their costs.

6 DATE: 01/22/08

**PHILIP S. GUTIERREZ**
HONORABLE PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE

> I HEREBY CERTIFIED THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL, POSTAGE PREPAID, TO PRO SE PLAINTIFF AT THIS RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.
>
> DATED: January 22, 2008
> DEPUTY CLERK: W. Hernandez

LAW OFFICES OF ROBERT A. OWEN
A Professional Corporation
268 West Hospitality Lane, Suite 302
San Bernardino, California 92408
(909) 8909027